# FORM   A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
NOV 27 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Jonathon Williams

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

Gary martin

_____

_____

_____

(Full name of the Defendant(s) in this action)

1:23-CV-159-JHM

CIVIL ACTION NO. _____
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

## I.   PARTIES

(A) **Plaintiff(s)**.  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Jonathon Williams

Place of Confinement: logan county

Address: 304 W 3rd St Russellville Ky 42276

Status of Plaintiff:  CONVICTED ( )   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ___ ) PRETRIAL DETAINEE ( ___ )

(3) Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ___ ) PRETRIAL DETAINEE ( ___ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Gary martin _____ is employed

as Captain _____ at logan county jail _____.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her ( ___ ) individual and/or ( ___ ) official capacity.

(3) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her ( ___ ) individual and/or ( ___ ) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her ( ___ ) individual and/or ( ___ ) official capacity.

2

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On Nov 11th 2023 Capt Marten moves a inmate jonathan williams from 165 to 139.. Logan Co. policies state inmates sleeping on the floor shall be issued two mattress.. 139 is a one man cell which was already occupied.. Therefore I jonathan williams should have been issued two mattress.. However upon being placed in the cell capt marten becomes irate grabbing the inmates Qur'an (muslim Bible) and throwing it on the floor.. Then proceeds to try to do the something with the inmates prayer rug.. He then grabs me & slams me on the floor and handcuff me.. Then ask me to release my prayer rug and he would place it on my back.. I refused stating why would I do that.. when you just threw my Qur'an on the floor.. He then picks me up and places me in cell asking inmate hayes to step out while he uncuffs me.. upon him

4

## III. STATEMENT OF CLAIM(S) continued

leaving cell 139.. I (Jonathan Williams) ask martin for mattresses.. stating I'm not about to lay on a dirty floor.. He responds you can stand up for all I care.. After an hour.. I eventually lay on the floor.. Two hours go by the capt martin brings me a mattress instead of two.. At the same times he (capt martin) brings my mattress.. He's bringing inmate abbott to cell 140.. another one man cell occupied.. where he gently places that inmates bible on the table.. and furnishes him two mattresses.. from the actions stated above.. Capt martin violates serveal constitutional rights of mine. After all these facts I notice a metal plate coming out my gum from a previous surgery.. These are the rights violated.. 14th equal protection clause 1st amendment freedom of religion.. 14th due process.. As where mr.. Abbott as white and I'm black.. 14th racial segregation and 5th amendment equal protection also..

5

## IV.   RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

✓ _____ award money damages in the amount of $ 8.6 million

✓ _____ grant injunctive relief by TRO

✓ _____ award punitive damages in the amount of $ 8.6 million

_____ other: _____

## V.   DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 18 day of November _____, 20__.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

LOGAN COUNTY
DETENTION CENTER
304 W. 3RD ST.
RUSSELLVILLE, KY 42276
Attn Jonathan Williams

INMATE MAIL
UNCENSORED

FREEDOM
FOREVER USA

Office of the Clerk
United States district court
Room 126 Federal Building
423 frederica Street
Owensboro KY 42301